# In the United States District Court for the Southern District of Georgia Waycross Division

KARTIKKUMAR BHARATBHAI PRAJAPATI,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, et al.,

    Defendants.

CV 523-045

## ORDER

Before the Court is the parties' Plaintiffs' motion for voluntary dismissal, dkt. no. 4, wherein they notify the Court that they wish to voluntarily dismiss this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 16 day of August, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA